JACKSON TERRACE HOMES, INC., Respondent, v. AMELIA A. ROTTKAMP, Appellant.— No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

NORA KRAMER, Respondent and Appellant, v. SIDNEY D. KRAMER, Appellant and Respondent.— No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.